No. 5,594.—STATE EX REL. LEO, RELATOR, *v.* DISTRICT
COURT ET AL., RESPONDENTS.

Original application for a writ of prohibition directed to the
District Court of Custer County and S. D. McKinnon, a Judge
thereof.

Decided September 8, 1924.

PER CURIAM.—Relator's application for writ of prohibition is denied.

*Mr. Frank Hunter,* for Relator.

*Mr. L. A. Foot,* Attorney General, and *Mr. Rudolph Nelstead,* for Respondents.